UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
HEINY NUNEZ,                                  :

        Plaintiff,                          :

        v.                                        :

                                                    :

NEW YORK CITY DEPARTMENT OF
EDUCATION,                                     :

        Defendant.                          :
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

1:25-cv-01301-AT-KHP

Counsel for Defendant's Motion to Withdraw as Counsel for Defendant is hereby GRANTED. **The Clerk of Court is respectfully directed to terminate Bryan Carr Olert as counsel of record for Defendant.**

SO ORDERED:

*Katharine H. Parker*  4/30/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

## WITHDRAWAL OF COUNSEL

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendant, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated: New York, New York
       April 28, 2025

PADUANO & WEINTRAUB LLP

By: /s/ Bryan C. Olert
      Bryan C. Olert
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100
bco@pwlawyers.com