UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEINY NUNEZ,

                              Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.
-----------------------------------------------------------------X

**25-CV-1301 (AT) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 12, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth below:

Plaintiff shall file her Amended Complaint **by June 9, 2025**. Defendant shall file its Answer or, alternatively, a Motion to Dismiss **by July 9, 2025**. In the event Defendant files a Motion to Dismiss, Plaintiff shall file her opposition **by August 11, 2025**. Defendant shall file its reply **by August 25, 2025**.

All discovery deadlines are extended by 30 days.

The parties shall file a Joint Status Letter, updating the Court on the status of discovery and any significant case developments **by July 31, 2025**.

     **SO ORDERED.**

Dated: May 12, 2025
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2025