**FRESHFIELDS**

August 29, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/3/2025___

**Maylin Meisenheimer**
T +1 (212) 277-4000
T +1 (646) 863-1629 (direct)
E maylin.meisenheimer@freshfields.com

freshfields.us

BY ECF

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Nunez v. New York City Department of Education*, 1:25-cv-01301

Dear Judge Torres:

Pursuant to this Court's April 22, 2025 Case Management Plan and Scheduling Order (ECF No. 19), the parties in the above-captioned matter write jointly to update the Court on the status of the case and to request an adjournment of the upcoming Case Management Conference, which is currently scheduled for September 8, 2025 at 10:00am.

### I. Motions

Plaintiff filed her Amended Complaint on June 9, 2025. ECF No. 30. On July 18, 2025, Defendant moved to dismiss the Amended Complaint pursuant to FRCP 12(b)(6). ECF No. 33. The current schedule provides for an opposition date of September 17, 2025, and a reply date of October 8, 2025. Plaintiff intends to oppose the motion.

Because there is a motion to dismiss pending and discovery is ongoing, the parties have not yet determined whether they intend to move for summary judgment.

### II. Discovery

The parties exchanged initial disclosures on May 9, 2025, and requests for production and interrogatories in May and June. The parties then exchanged responses and objections to the pending discovery requests, and Defendant made its first production of documents in July. On August 15, 2025, the parties met and conferred on outstanding discovery and requested an extension of discovery on August 25, 2025. ECF No. 36. The discovery extension was granted on August 26, 2025. ECF No. 37. Drafts of an Electronically Stored Information Protocol and a Protective Order remain under review by Defendant.

---

GRANTED. The case management conference scheduled for September 8, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: September 3, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge