**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HEINY NUNEZ,

                         Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                       Defendant.
-----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:_12/2/2025_ |

**25-CV-1301 (AT) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 2, 2025, the Parties appeared before the undersigned for a telephonic Case Management Conference. As discussed at the conference and set forth below:

By **December 31, 2025**, the Parties shall have scheduled dates for anticipated depositions to take place prior to the close of fact discovery. By **January 6, 2026**, the Parties shall submit a joint status updating the Court on the status of discovery.

       **SO ORDERED.**

Dated: December 2, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge